IN THE SUPREME COURT OF TEXAS

 No. 12-0006

 IN RE DUCHMANDOLA, LTD. N/K/A DUCHMAN, LTD.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary relief, filed January 4, 2012,
is granted. The court of appeals' order dated January 4, 2012, in Cause
No. 03-11-00816-CV, styled In re Damian and Trina Mandola, in the Third
Court of Appeals is stayed pending further order of this Court. The trial
court's order dated November 3, 2011, styled Damian Mandola and Trina
Mandola v. Duchmandola, Ltd.(Now Known as "Duchman, Ltd."), in the 428th
District Court of Hays County, Texas shall remain in place.
 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before January 23, 2012.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this January 13, 2012.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk